AO 442 11/11 (Rev. 11/11)  Arrest Warrant

RECEIVED
UNITED STATES MARSHAL

# UNITED STATES DISTRICT COURT
2:16 pm, Nov 13 2024

for the
### Western District of North Carolina

WESTERN NORTH CAROLINA
CHARLOTTE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   0419 3:23CR00103- 001 |
| | ) | |
| | ) | 25-3150-JDH |
| John  Tibbs | ) | |
| *Defendant* | ) | |

# ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  John  Tibbs ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: November 13, 2024

City and state:      Charlotte, NC

David C. Keesler
United States Magistrate Judge

| Return |
|---|
|          This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____              _____<br>*Arresting officer's signature* |
|               _____<br>*Printed name and title* |